MARKS, F.K.A. HUMPHREYS, APPELLANT, *v.* UNIVERSITY
OF CINCINNATI ET AL., APPELLEES.

[Cite as *Marks v. Univ. of Cincinnati* (1994), 68 Ohio St.3d 1215.]
(No. 92–2605—Submitted January 5, 1994—Decided February 2, 1994.)

---

*Clements, Mahin & Cohen* and *Edward Cohen,* for appellant.

*Beckman, Weil, Shepardson & Faller* and *Margaret A. Hilvert,* for appellee University of Cincinnati.

*Lee I. Fisher,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellees Industrial Commission of Ohio and Bureau of Workers' Compensation.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for *amici curiae,* Ohio AFL–CIO, United Auto Workers and Ohio Academy of Trial Lawyers.

*Vorys, Sater, Seymour & Pease* and *Robert A. Minor,* urging affirmance for *amici curiae,* Ohio Self–Insurers' Association and Ohio Manufacturers' Association.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.